# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Western Division

UNITED STATES OF AMERICA

　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No.: 3:14–cr–50005
　　　　　　　　　　　　　　　　　　　　　　Honorable Iain D. Johnston

Charles DeHaan

　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, January 25, 2014:

　　　MINUTE entry before the Honorable Iain D. Johnston: Initial appearance held on 1/25/2014. Defendant appears in response to arrest. Debra Schafer appears as counsel. Defendant informed of his rights and does not waive preliminary hearing. Defendant remanded to custody. Detention Hearing set for 1/28/2014 at 2:30 PM. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.