# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case Number: 14 CR 50005

UNITED STATES OF AMERICA,
v.
CHARLES DEHAAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHARLES DEHAAN

| | |
|---|---|
| NAME (Type or print) Patrick M. Moore | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Sreenan & Cain, P.C. | |
| STREET ADDRESS 321 West State Street, Suite 700 | |
| CITY/STATE/ZIP Rockford, IL 61101 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6297232 | TELEPHONE NUMBER (815) 962-5490 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ | NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☑   APPOINTED COUNSEL ☐ | |