# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Western Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                              Case No.: 3:14–cr–50005

                                                          Honorable Iain D. Johnston

Charles Dehaan

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 28, 2014:

      MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Detention hearing held on 1/28/2014. Enter order setting conditions of release. Status and preliminary hearing set for 2/12/2014 at 10:00 AM. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.