## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 14 CR 50005 | **DATE** | February 11, 2014 |
| **CASE TITLE** | USA v Charles Dehaan | | |

### GRAND JURY PROCEEDINGS

**DOCKET ENTRY:**

The Grand Jury for the March 2013 Session, a quorum being present, returns the above-entitled indictment in open Court this date before HONORABLE P. MICHAEL MAHONEY

Arraignment set for 2/12/14 at 10:00 a.m. before Honorable Iain Johnston

*[signature]*
Magistrate Judge P. Michael Mahoney

Courtroom Deputy Initials: _____

Electronic Notices.