Case Number: 14-CR-50005
Case Name: U.S. v. Charles Dehaan

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

JUDGE REINHARD

MAGISTRATE JUDGE JOHNSTON

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO** ☒  **YES** ☐  If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO** ☐  **YES** ☒  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
U.S. v. Charles Dehaan, 14-CR-50005

3) Is this a re-filing of a previously dismissed indictment or information? **NO** ☒  **YES** ☐  If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO** ☒  **YES** ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?  **NO** ☒  **YES** ☐

6) What level of offense is this indictment or information?  **FELONY** ☒  **MISDEMEANOR** ☐

7) **Does this indictment or information involve eight or more defendants?**  **NO** ☒  **YES** ☐

8) Does this indictment or information include a conspiracy count?  **NO** ☒  **YES** ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ................ (II) | ☐ Income Tax Fraud ............... (II) | ☐ DAPCA Controlled Substances . (III) |
| ☐ Criminal Antitrust .......... (II) | ☐ Postal Fraud ............. (II) | ☐ Miscellaneous General Offenses. (IV) |
| ☐ Bank robbery... ............. (II) | ☒ Other Fraud ............ (III) | ☐ Immigration Laws ............... (IV) |
| ☐ Post Office Robbery ....... (II) | ☐ Auto Theft ............. (IV) | ☐ Liquor, Internal Revenue Laws... (IV) |
| ☐ Other Robbery ............. (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws ............... (IV) |
| ☐ Assault ............. (III) | ☐ Forgery ............ (III) | ☐ Motor Carrier Act ............... (IV) |
| ☐ Burglary ............. (IV) | ☐ Counterfeiting ............ (III) | ☐ Selective Service Act ............... (IV) |
| ☐ Larceny and Theft .......... (IV) | ☐ Sex Offenses ............ (II) | ☐ Obscene Mail ............... (III) |
| ☐ Postal Embezzlement ...... (IV) | ☐ DAPCA Marijuana ............. (III) | ☐ Other Federal Statutes ............ (III) |
| ☐ Other Embezzlement ...... (III) | ☐ DAPCA Narcotics ............ (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.
Title 18, United States Code, Section 1347

*/s/ Scott R. Paccagnini*
SCOTT R. PACCAGNINI
Assistant United States Attorney

(Revised 11/13)