

# United States District Court
# Northern District of Illinois

In the Matter of

United States of America

v.

Charles DeHaan

**Case No. 14 cr 50005-1**

Designated Magistrate Judge
Iain D. Johnston

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

The above captioned case is currently assigned to my calendar. I recommend to the Executive Committee that this case be reassigned to Judge Kapala. The reason for my recommendation is indicated on the reverse of this form.

*Philip G. Reinhard*

**Honorable Philip G. Reinhard**

Date: 2/5/2016

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Frederick Kapala.

ENTER

FOR THE EXECUTIVE COMMITTEE

*Ruben Castillo*

**Chief Judge Ruben Castillo**

Dated: February 5, 2016

District Reassignment - Named Judge

**Reason(s) For Recommendation:**

Senior Judge Reinhard requests reassignment of this case pursuant to Title 28 U.S.C. § 294(b). This case has been set for a 4 week jury trial and Judge Reinhard is unable to undertake a trial of such length.

---

EXCEPTIONS OR ADDITIONS:

District Reassignment - Named Judge