IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| United States of America, | |
| Plaintiff(s), | |
| v. | Case No. 14 CR 50005<br>Judge Frederick J. Kapala |
| Charles DeHaan, | |
| Defendant(s). | |

## ORDER

Status hearing held. 4-Week Jury Trial set for 8:45 a.m. on June 6, 2016. Final Pretrial conference set for 2:30 p.m. on May 25, 2016. United States' oral motion to exclude time period from February 5, 2016, through and including June 6, 2016, pursuant to 18 USC 3161(h)(7)[X-T] is granted. The clerical error contained in docket entry [45] is corrected in that the government's oral motion excluded the time period from November 6, 2014 to December 11, 2014 (not to November 24, 2014). Motions in limine, additional voir dire questions, 404(b) notice, expert witness notice, and any Santiago proffer due May 11, 2016. Any FRE 609 motion in limine shall reference the type, date, and jurisdiction of the relevant conviction(s). Responses to motions in limine and government's proposed jury instructions due May 18, 2016. Potential witness list with cities of residence, list of those to be seated at counsel table, agreed statement of case, and defendant's additional proposed jury instructions due May 25, 2016. Exhibit lists due the morning of trial.

00:10

Date: 2/5/2016

Frederick J. Kapala
United States District Judge