UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   14 CR 50005 |
| | ) | Judge Frederick J. Kapala |
| CHARLES DEHAAN | ) | |

## ORDER ALLOWING FOR THE
## EARLY RETURN OF SUBPOENAS

Upon the agreed motion of the United States it is hereby ordered:

1.      The United States and the defendant are permitted, pursuant to Federal Rule

of Criminal Procedure 17(c), to issue subpoenas in this cause directing that books, papers,

documents, data, or other objects be produced at a time prior to trial or when they are to be

offered into evidence.

2.      All books, papers, documents, data, or other objects obtained by either party

by the use of a subpoena requiring the production of the items prior to trial or when they are

to be offered into evidence shall be disclosed to the other party within seven (7) days of

receipt of the items.

FREDERICK J. KAPALA
United States District Judge

DATED:   3.4-16