UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 14 CR 50005 |
| | ) | Judge Frederick J. Kapala |
| CHARLES DEHAAN | ) | |

**UNITED STATES' SUGGESTED QUESTIONS FOR VOIR DIRE**

The UNITED STATES OF AMERICA, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, respectfully submits the following suggested questions for voir dire:

1. This case involves allegations of fraud related to Medicare. Please indicate: (a) whether you or a member of your household is insured by Medicare; (b) the nature of your feelings concerning Medicare, indicating whether you have negative, positive or neutral impressions of Medicare; and (c) the reason for or cause of those feelings.

2. Do you, any member of your family, or any of your close friends work for Medicare or a private company that provides health insurance? If yes, please indicate: (a) the individual's relationship to you; and (b) the individual's employer and position.

3. Do you, any member of your family, or any of your close friends work as a doctor, nurse, medical assistant, or other medical professional? If yes, please indicate: (a) the individual's relationship to you; and (b) the individual's employer and position.

4.      Have you, any member of your family, or any of your close friends received the services of a nurse at home in the last ten years? If yes, please indicate: (a) the individual who received such services; and (b) your understanding as to why the individual received the services.

                Respectfully submitted,

                ZACHARY T. FARDON
                United States Attorney

BY:   /s/*Scott R. Paccagnini*
        SCOTT R. PACCAGNINI
        TALIA BUCCI
        Assistant United States Attorneys
        327 South Church Street, Suite 3300
        Rockford, Illinois 61101

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

UNITED STATES' SUGGESTED QUESTIONS FOR VOIR DIRE

was served pursuant to the district court's ECF system as to ECF filers on May 11, 2016.

BY: /s/ *Scott R. Paccagnini*
SCOTT R. PACCAGNINI
Assistant United States Attorney
327 South Church Street, Suite 3300
Rockford, Illinois 61101
(815) 987-4444