

# housecalls of rockford

October 28, 2013

Chase Fulfillment Services

Re: Charles and Mary DeHaan

███████████████

Belvidere, Illinois   61008

61180386

To Whom It May Concern;

It is our request that you provide assistance to us for resolution of our mortgage concerns with Chase Mortgage. We have been attempting to resolve this for the past three years, but without a reasonable remedy. We would like to know of our options including a "Deed in Lieu of Foreclosure", as well as assistance in accomplishing this.

Our mortgage was originally under First National Bank then Washington Mutual and finally Chase. I had a significant problem in my business, causing some temporary cash flow problems due to Medicare and the State of Illinois not reimbursing us, as well as other factors. We were behind at most 3 months payments. Those problems were resolved and corrected. When attempting to make payments to Chase for our mortgage, we were sent checks back and not allowed to pay our mortgage and get it up to date. This put us further behind, regardless of our willingness and ability to make the payments.

We followed a number of steps offered to us. Primarily, we followed a plan with a loan officer to apply for a mortgage through the government program currently offered during the "mortgage crisis". We met personally with the officer at the Chase branch in Melrose Park, Illinois, who we consulted regularly. We were assured that we would qualify for the program. Unfortunately, we were denied. The officer could not give us a reason. He did state that the bank was not incentivized to qualify us as "the bank was being paid through their agreement with the government regardless of payments made to customers." This process took several months, putting us further behind. We were not allowed to make payments to keep up during this process.

We attempted to get Chase to allow us to renegotiate our mortgage, make payments or allow a short sale but were told we did not qualify. Through this long process, the significant equity in our home was lost.

Our home has been put on the market for sale by us under a broker. We have communicated this to Chase. We have kept our house in good working order, continuing to repair and upgrade the home

124 N. Water Street Suite 208, Rockford, IL 61107    P: 815-312-5810   F: 815-312-5811



GOVERNMENT EXHIBIT

including new furnaces, water conditioners, air conditioners, painting and outdoor upkeep. It is a beautiful home in which we have lived for nearly 20 years.

It is our plan at this time to move. We have the house on the market to sell. We would appreciate your assistance in the options available to us.

Our contact numbers are as follows:

Charles DeHaan- █████████████

Mary DeHaan- █████████████

Thank you for your assistance,

*Charles S. DeH*

Charles DeHaan