UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 14 CR 50005 |
| | ) | Judge Frederick J. Kapala |
| CHARLES DEHAAN | ) | |

**UNITED STATES' MOTION *IN LIMINE* TO PROHIBIT DEFENDANT FROM USING CONVICTIONS MORE THAN 10 YEARS OLD WITHOUT COMPYING WITH RULE 609**

The United States of America, by and through its attorney, ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, hereby requests that this Court prohibit defendant from using for impeachment purposes any witness conviction more than ten years old without complying with Federal Rule of Evidence 609.

Federal Rule of Criminal Procedures 609 provides that evidence that a witness has been convicted of a crime punishable by more than one year of imprisonment must be admitted for impeachment purposes, subject to Rule 403. Fed. R. Crim. P. 609(a)(1)(A).[1] Rule 609 further provides that evidence that a witness has been convicted of a crime, regardless of punishment, must be admitted where the elements of the crime require proving, or the witness admitting, a dishonest act or false statement. Fed. R. Crim. P. 609(b).

---

[1] "The standards of witnesses and defendant are not identical . . . . To admit a defendant's conviction, its probative value must outweigh its prejudicial effect. For a witness, a prior conviction comes in if its probative value is not substantially outweighed by the danger of unfair prejudice." *United States v. Peters*, 236 Fed. Appx. 217, 221 (7th Cir. 2007)(Internal citations omitted).

1

Use of the evidence of a conviction is limited to instances where the conviction occurred within 10 years, unless the court determines that the probative value of the conviction substantially outweighs its prejudicial effect and the proponent has given the adverse party reasonable written notice of the intent to use it. Fed. R. Crim. P. 609(b); *see also United States v. Rogers*, 542 F3d. 197, 201 (7th Cir. 2008)("The clock starts at the witness's release from any physical confinement, or in the absence of confinement, the date of conviction."). Convictions more than ten years old will be admitted very rarely and only in exceptional circumstances. *United States v. Redditt*, 381 F.3d 597, 601 (7th Cir. 2004).

Some of the witnesses the government plans to call have convictions that are more than ten years old. Exceptional circumstances do not exist that would warrant allowance of those convictions to be used for impeachment purposes. Nevertheless, it is defendant's burden to show, where the witness's conviction is more than ten years old, that the probative value of the conviction substantially outweighs its prejudicial effect. Defendant also must give the government reasonable written notice of defendant's intent to use a conviction that is more than ten years old. Therefore, the government asks this Court to prohibit defendant from using for impeachment purposes any witness conviction more than ten years old without complying with Federal Rule of Evidence 609.

WHEREFORE, the government respectfully requests that the foregoing motions *in limine* be granted for the reasons set forth herein.

                Respectfully submitted,

                ZACHARY T. FARDON
                United States Attorney

BY:   /s/ *Scott R. Paccagnini*
       SCOTT R. PACCAGNINI
       TALIA BUCCI
       Assistant United States Attorneys
       327 South Church Street, Suite 3300
       Rockford, Illinois 61101
       (815) 987-4444

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

UNITED STATES' MOTION *IN LIMINE* TO PROHIBIT DEFENDANT FROM USING CONVICTIONS MORE THAN 10 YEARS OLD WITHOUT COMPYING WITH RULE 609

was served on May 11, 2016, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ *Scott R. Paccagnini*
SCOTT R. PACCAGNINI
Assistant United States Attorney
327 South Church Street, Suite 3300
Rockford, Illinois 61101
(815) 987-4444