**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No.   14-CR-50005 |
| | ) | Judge Frederick J. Kapala |
| | ) | |
| CHARLES DEHAAN | ) | |

**DEFENDANT'S SUGGESTED VOIR DIRE QUESTIONS**

NOW COMES the defendant, CHARLES DEHAAN, by and through his attorneys, Sreenan & Cain, P.C., DEBRA D. SCHAFER, and respectfully submits the following suggested voir dire questions:

1. Publicity:

    a. This case has received some publicity.  Do you recall seeing or hearing anything about this case prior to today?   If yes, from what source?
    b. Understanding that what is reported in the media may not be accurate, do you believe that you can set aside anything you may have heard about this case and make your decision based solely on what you hear in this courtroom?
    c. Based on what you have heard, have you ever expressed any opinions about what the outcome of the case should be?
    d. Have you formed any opinions about what the outcome of the case should be?

2. Medical field:

    a. Have you, a close friend or family member ever worked in a medical office?
    b. Have you, a close friend or family member ever worked in the area of medical billing?
    c. Do you have any knowledge about medical billing?
    d. Do you have any views or opinions about medical billing that would make it difficult or impossible to be fair and impartial?
    e. Do you know anyone who has received home health care?
    f. Do you hold any views about doctors that would make it difficult or impossible for you to be fair and impartial in this case?
    g. Do you hold any views about the medical profession or about Medicare that would make it difficult or impossible for you to be fair and impartial?

3. Assisted Living/Nursing homes

    a. Do you presently have any contact with any assisted living facilities or nursing homes?
    b. Have you ever worked in an assisted living facility or nursing home? If yes, in what capacity?
    c. Have you ever lived in an assisted living facility or nursing home?

4. Sex offense-related inquiry

    a. Do you know anyone, including yourself, that has been the victim of any type of sexual misconduct, regardless of whether or not it was reported to the police?
    b. Do you know anyone, including yourself, that had ever been accused of any type of sexual misconduct, whether or not it was reported to the authorities.

5. General Questions:

    a. Is there anything about the nature of the charges that would make it difficult or impossible to be fair and impartial (that would make you doubt your ability to be fair and impartial)?
    b. Have you, a close friend or family member ever worked in a prosecutor's office in any capacity? For example, a State's Attorney's Office, a District Attorney's Office in other states, the US Attorney's office.
    c. Have you, a close friend or family member ever worked in law enforcement?
    d. Dr. DeHaan is not required to testify but if he does, will you judge his testimony in the same way as you do any other witness?
    e. Have you had any type of contact with the court system before today? If yes, please describe the circumstances.
    f. Are you familiar with MD @Home or Housecall Physicians of Rockford?

                Respectfully submitted,
                CHARLES DEHAAN, Defendant


                By: /s/ DEBRA D. SCHAFER
                Attorney for the Defendant

*Prepared by:*
DEBRA D. SCHAFER
Sreenan & Cain, P.C.
dschafer@sreenan-cain.com
Sreenan & Cain, P.C.
321 West State Street, Suite 700
Rockford, Illinois 61101
(815) 962-5490

## CERTIFICATE OF SERVICE

The undersigned attorney DEBRA D. SCHAFER hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

Defendant's Suggested Voir Dire Questions

was served pursuant to the district court's ECF system on all ECF filers on May 11, 2016.

By: /s/ DEBRA D. SCHAFER
DEBRA D. SCHAFER
Attorney at Law
321 W. State Street, Suite 700
Rockford, Illinois 61101
(815) 962-5490