## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  14-CR-50005 |
| | ) | Judge Frederick J. Kapala |
| CHARLES DEHAAN | ) | |

## DEFENDANT'S MOTION *IN LIMINE*

NOW COMES the defendant, CHARLES DEHAAN, by and through his attorneys, Sreenan & Cain, P.C., DEBRA D. SCHAFER, and, pursuant to Federal Rule of Evidence 403, moves this Court to enter an order prohibiting the Government from presenting any evidence of or commenting upon marital difficulties the defendant and his wife had in the past. In support of this Motion, the defendant states as follows:

1. The defendant is charged with a scheme to defraud Medicare.

2. Based on discovery received to date, there is evidence that the defendant and his wife may have, at one time, experienced marital difficulties.

3. Said marital difficulties are not relevant to the charges and the probative value of such evidence would substantially outweigh the danger of unfair prejudice to the defendant.

                                        Respectfully submitted,
                                        CHARLES DEHAAN, Defendant


                                        By: /s/ DEBRA D. SCHAFER
                                        DEBRA D. SCHAFER
                                        Attorney for the Defendant
                                        Sreenan & Cain, P.C.
                                        321 West State Street, Suite 700
                                        Rockford, Illinois 61101
                                        (815) 962-5490

## CERTIFICATE OF SERVICE

The undersigned attorney DEBRA D. SCHAFER hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

Defendant's Motion *in limine*

was served pursuant to the district court's ECF system on all ECF filers on May 11, 2016.

By: /s/ DEBRA D. SCHAFER
DEBRA D. SCHAFER
Attorney at Law
321 W. State Street, Suite 700
Rockford, Illinois 61101
(815) 962-5490