**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No.    14-CR-50005 |
| | ) | Judge Frederick J. Kapala |
| | ) | |
| CHARLES DEHAAN | ) | |

**DEFENDANT'S NOTICE OF EXPERT WITNESS**

NOW COMES the defendant, CHARLES DEHAAN, by and through his attorneys,

Sreenan & Cain, P.C., DEBRA D. SCHAFER, and discloses Nancy M. Enos as a potential expert

witness who may testify at the trial of this cause:

Ms. Enos is an Independent Consultant for Medical Group Management Association

Healthcare Consulting Group and owner of Enos Medical Coding, both since 2008.   The

American Academy of Professional Coders (AAPC) has certified Ms. Enos in the following areas:

Professional Coder (since 1998), Professional Medical Coding Curriculum Instructor (since 2002)

Specialty Certified E/M Auditor Coder (since 2008) and Professional Medical Auditor (since

2010).   In addition, since 2003, she has been board certified and is a Fellow in the American

College of Medical Practice Executives (ACMPE).

Ms. Enos is expected to testify concerning the circumstances when actual time spent with a

patient determines the appropriate CPT code and when it does not.   She will also testify as to what

is required to bill at the various billing levels.   Ms. Enos will testify as to what qualifies as the

various levels of medical decision making (*i.e.* straightforward v. low v. moderate v. high).

Ms. Enos can also testify as to what Medicare requires for a patient to qualify for homebound status, including but not limited to the fact that to qualify, the patient is not required to be confined to the home.

Respectfully submitted,
CHARLES DEHAAN, Defendant


By: /s/ DEBRA D. SCHAFER
Attorney for the Defendant


*Prepared by:*
DEBRA D. SCHAFER
dschafer@sreenan-cain.com
Sreenan & Cain, P.C.
321 West State Street, Suite 700
Rockford, Illinois 61101
(815) 962-5490

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney DEBRA D. SCHAFER hereby certifies that in accordance with

Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing

(ECF), the following document:

Defendant's Notice of Expert Witness

was served pursuant to the district court's ECF system on all ECF filers on May 11, 2016.


By: <u>/s/ DEBRA D. SCHAFER    </u>
DEBRA D. SCHAFER
Attorney at Law
321 W. State Street, Suite 700
Rockford, Illinois 61101
(815) 962-5490