### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States, | ) | |
| | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
|     v. | ) | Case No: 14 CR 50005 |
| | ) | |
| Charles Dehann, | ) | |
| | ) | |
|     *Defendant*. | ) | Judge Frederick J. Kapala |

### **ORDER**

Upon review of the government's Notice of Rule 404(b) Evidence, the court finds it appropriate to disclose that in 1998 I was appointed by the Rockford Rotary Charitable Association, an Illinois not-for-profit corporation which is a Section 503(c)(3) public charity, as a director of Anderson Gardens, an Illinois not-for-profit corporation which is a Section 503(c)(3) public charity, and I have served continuously since my appointment. John R. Anderson who is being called as a witness in this matter serves as a director and is secretary of Anderson Gardens. I do not believe that this relationship requires me to disqualify myself from this matter under 28 U.S.C. § 455(a) or § 455(b)(5)(iv). Mr. Anderson is expected to testify to various loans he made to defendant, as president of MD at Home, and on which he defaulted. These loans were not made by the not-for-profit entity for which we both serve as directors. I have had contact with Mr. Anderson only as fellow director and by a few chance encounters in the community. I can assure the parties that this relationship will not influence any decisions I will make in this matter, and that I will not discuss the case with Mr. Anderson. Before proceeding further, however, the court will consider any written objection filed by the parties contending that my "impartiality might reasonably be questioned." 28 U.S.C. § 455(a). Any such objection should be filed within 7 days of this order. The failure to file an objection will be deemed a waiver of any possible conflict of interest.

Date: 5/13/2016                                          ENTER:

                                                                                              _____
                                                                                              FREDERICK J. KAPALA

                                                                                              District Judge