**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| | ) | | |
| v. | ) | No. | 14-CR-50005 |
| | ) | Judge Frederick J. Kapala | |
| | ) | | |
| CHARLES DEHAAN | ) | | |

**DEFENDANT'S RESPONSE TO UNITED STATES' CONSOLIDATED**
**MOTIONS *IN LIMINE* REGARDING EVIDENTIARY MATTERS**

NOW COMES the defendant, CHARLES DEHAAN, by and through his attorneys, Sreenan & Cain, P.C., DEBRA D. SCHAFER, and in response to the United States' Consolidated motions *in limine* regarding evidentiary matters, states as follows:

1. With respect to Government Motivations and Discovery Issues (paragraph I),

    a. The defendant has no objection to (A) concerning the Government's and Agents' motivation for investigating or prosecuting the case.

    b. The defendant has no objection to (B) concerning comments about discovery in the presence of the jury.

2. With respect to the defendant (paragraph II),

    a. The defendant has no objection to (A) concerning potential penalties.

    b. The defendant has no objection to (B) concerning non-pertinent character traits.

    c. The defendant has no objection to (C) concerning instances of non-fraudulent activity, understanding that such is a sentencing issue, not a trial issue.

    d. With respect to (D), the defendant understands that self-exculpatory remarks made to investigators are not admissible. The defendant agrees that the

Government may seek to introduce certain statements that it alleges the defendant made to investigators during oral interviews. However, the defendant reserves the right to challenge the accuracy and circumstances of the statements.

e. The defendant has no objection to (E) concerning possibly being a witness in another criminal case.

3. With respect to Chase Bank records (paragraph III), if deemed admissible under Fed. R. Evid. 404(b), the defendant has no objection to said records being admitted pursuant to Fed. R. Evid. 803(6) and 902(11).

Respectfully submitted,
CHARLES DEHAAN, Defendant


By: /s/ DEBRA D. SCHAFER
DEBRA D. SCHAFER
Attorney for the Defendant
Sreenan & Cain, P.C.
321 West State Street, Suite 700
Rockford, Illinois 61101
(815) 962-5490

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney DEBRA D. SCHAFER hereby certifies that in accordance with

Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing

(ECF), the following document:

Defendant's Response To United States' Consolidated
Motions *In Limine* Regarding Evidentiary Matters

was served pursuant to the district court's ECF system on all ECF filers on May 18, 2016.

By:  /s/ DEBRA D. SCHAFER_____
DEBRA D. SCHAFER
Attorney at Law
321 W. State Street, Suite 700
Rockford, Illinois 61101
(815) 962-5490