UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No.   14-CR-50005 |
| | ) | Judge Frederick J. Kapala |
| | ) | |
| CHARLES DEHAAN | ) | |

**DEFENDANT'S RESPONSE TO UNITED STATES' MOTION
*IN LIMINE* REGARDING ADMISSION OF WITNESSES'
PRIOR CONVICTIONS UNDER FED. R. EVID. 609**

NOW COMES the defendant, CHARLES DEHAAN, by and through his attorneys, Sreenan & Cain, P.C., DEBRA D. SCHAFER, and, in response to the United States' motion *in limine* regarding admission of witnesses' prior convictions under Federal Rule of Evidence 609, indicates he concurs with the government's assessment as to the admissibility of convictions concerning Raven Clay, Sebastian Costa, Deborah Gash, Machelle Kiolbassa and Linda Schultz.

    Respectfully submitted,
    CHARLES DEHAAN, Defendant


    By: /s/ DEBRA D. SCHAFER
    DEBRA D. SCHAFER
    Attorney for the Defendant
    Sreenan & Cain, P.C.
    321 West State Street, Suite 700
    Rockford, Illinois 61101
    (815) 962-5490

## **CERTIFICATE OF SERVICE**

The undersigned attorney DEBRA D. SCHAFER hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

Defendant's Response To United States' Motion
*In Limine* Regarding Admission of Witnesses'
Prior Convictions Under Federal Rule of Evidence 609

was served pursuant to the district court's ECF system on all ECF filers on May 18, 2016.

By: /s/ DEBRA D. SCHAFER
DEBRA D. SCHAFER
Attorney at Law
321 W. State Street, Suite 700
Rockford, Illinois 61101
(815) 962-5490