UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No.　14-CR-50005 |
| | ) | Judge Frederick J. Kapala |
| | ) | |
| CHARLES DEHAAN | ) | |

**DEFENDANT'S RESPONSE TO UNITED STATES'
MOTION *IN LIMINE* REGARDING CONVICTIONS**

NOW COMES the defendant, CHARLES DEHAAN, by and through his attorneys, Sreenan & Cain, P.C., DEBRA D. SCHAFER, and, in response to the United States' motion *in limine* regarding convictions, would indicate that the defendant is aware of his obligations pursuant to Federal Rule of Criminal Procedures 609 and will comply with said rule.

Respectfully submitted,
CHARLES DEHAAN, Defendant


By: /s/ DEBRA D. SCHAFER
DEBRA D. SCHAFER
Attorney for the Defendant
Sreenan & Cain, P.C.
321 West State Street, Suite 700
Rockford, Illinois 61101
(815) 962-5490

## CERTIFICATE OF SERVICE

The undersigned attorney DEBRA D. SCHAFER hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

Defendant's Response To United States'
Motion *In Limine* Regarding Convictions

was served pursuant to the district court's ECF system on all ECF filers on May 18, 2016.

By: /s/ DEBRA D. SCHAFER
DEBRA D. SCHAFER
Attorney at Law
321 W. State Street, Suite 700
Rockford, Illinois 61101
(815) 962-5490