# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.     14-CR-50005 |
| | ) | Judge Frederick J. Kapala |
| CHARLES DEHAAN | ) | |

## DEFENDANT'S RESPONSE TO UNITED STATES' SUGGESTED QUESTIONS FOR VOIR DIRE

NOW COMES the defendant, CHARLES DEHAAN, by and through his attorneys, Sreenan & Cain, P.C., DEBRA D. SCHAFER, and in response to the United States' suggested questions for voir dire would indicate that the defendant has no objection to the government's proposed questions.

Respectfully submitted,
CHARLES DEHAAN, Defendant

By: /s/ DEBRA D. SCHAFER
DEBRA D. SCHAFER
Attorney for the Defendant
Sreenan & Cain, P.C.
321 West State Street, Suite 700
Rockford, Illinois 61101
(815) 962-5490

**CERTIFICATE OF SERVICE**

The undersigned attorney DEBRA D. SCHAFER hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

> Defendant's Response To United States'
> Suggested Questions for Voir Dire

was served pursuant to the district court's ECF system on all ECF filers on May 18, 2016.

By: /s/ DEBRA D. SCHAFER
DEBRA D. SCHAFER
Attorney at Law
321 W. State Street, Suite 700
Rockford, Illinois 61101
(815) 962-5490