IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States, | ) | |
| | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
|     v. | ) | Case No: 14 CR 50005 |
| | ) | |
| Charles DeHaan, | ) | |
| | ) | |
|     *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

At the request of the parties, this case is set for change of plea at 10:30 a.m. on 5/20/2016.

Date: 5/19/2016                      ENTER:

                                                   _____
                                                   FREDERICK J. KAPALA

                                                   District Judge