IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-CR-50005 |
| | ) | |
| CHARLES S. DEHAAN, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION TO ALLOW THE DEFENDANT
TO TRAVEL TO MICHIGAN**

NOW COMES the defendant, CHARLES S. DEHAAN, by and through his attorneys, SREENAN & CAIN, P.C., DEBRA D. SCHAFER, and moves this Court to allow the defendant to travel to Michigan to visit family. In support of this motion, the defendant states as follows:

1. On January 28, 2014, this defendant was released subject to the Court's Order Setting Conditions of Release and Additional Conditions of Release.

2. On April 8, 2014, the Court modified its order setting conditions of Release and Additional Conditions of Release in light of the defendant's arrest in Cook County.

3. The new conditions required the defendant to be on house arrest.

4. The condition of the defendant's bond from Cook County required the defendant to wear a GPS monitor. Because it is a higher level of monitoring, the GPS monitor was left in place and the monitor through U.S. Pretrial Services was not put in place.

5. On April 17, 2015, following his arrest on related charges in Winnebago County, Illinois and the removal by law enforcement of Cook County's GPS monitor, the

defendant posted bond and reported to U.S. Pretrial Services at which time a new monitor was put in place pursuant to the Court's order of April 8, 2014.

6. On or about April 20, 2015, the conditions of the defendant's bond in Cook County were modified to no longer require the GPS monitor which means the defendant's movement is controlled by U.S. Pretrial Services and the U.S. District Court for the Northern District of Illinois.

7. At the present time, the defendant is seeking permission to travel with his wife and 3rd party custodian, Mary DeHaan, to Michigan to visit with family and to visit his parents' graves.

8. Both before and since he was placed on house arrest, the defendant has been granted permission to travel to Michigan to visit his mother and other family and when his mother passed away in February 2016, to attend her funeral. The defendant has always returned as required.

9. If permitted to travel, the defendant would stay with his brother, Mark DeHaan, in Grand Rapids, Michigan.

10. Both PTS Officer James Wheatley and AUSA Scott Paccagnini have indicated they do not object to the defendant being allowed to travel from June 10 through June 14, 2016.

WHEREFORE, the defendant, CHARLES S. DEHAAN, prays this Court enter an order allowing the defendant to travel to Michigan with his 3rd party custodian from June 10-14, 2016.

                                        CHARLES S. DEHAAN, Defendant,


                              By: /s/ Debra D. Schafer
                                   DEBRA D. SCHAFER,
                                   Attorney for the defendant


*Prepared by:*
DEBRA D. SCHAFER #6207650
dschafer@sreenan-cain.com
Sreenan & Cain, P.C.
321 West State Street, Suite 700
Rockford, IL 61101
(815) 962-5490

## CERTIFICATE OF FILING AND SERVICE

I, DEBRA D. SCHAFER, certify that on June 1, 2016, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P.5, LR5.5, and the General Order on Electronic Case Filing (ECF), Defendant's Motion to Allow the Defendant to Travel to Michigan was served pursuant to the District Court's ECF system as to ECF filers.

/s/ Debra D. Schafer
DEBRA D. SCHAFER
321 W. State Street, Suite 700
Rockford, Illinois 61101
815.962.5490