### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States, | ) | |
| | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
|   v. | ) | Case No: 14 CR 50005 |
| | ) | |
| Charles DeHaan, | ) | |
| | ) | |
|     *Defendant*. | ) | Judge Frederick J. Kapala |

### ORDER

Defendant's unopposed motion to modify the conditions of his pretrial release [95] is granted. Defendant's conditions of release are modified to provide that he be allowed to travel with his third-party custodian to Grand Rapids, Michigan from June 10 through June 14, 2016.

Date: 6/6/2016    ENTER:

_____
FREDERICK J. KAPALA

District Judge