UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No.  14 CR 50005 |
| ) | Judge Frederick J. Kapala |
| CHARLES DEHAAN ) | |

**UNITED STATES' AGREED MOTION FOR ENTRY OF AN ORDER
PERMITTING THE PRETRIAL SERVICES OFFICER TO
<u>RELEASE CERTAIN DOCUMENTS</u>**

The UNITED STATES OF AMERICA, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, moves this court to enter an order permitting the pretrial services officer to release certain documents, and states:

1. Defendant was charged on January 24, 2014, in a criminal complaint with health care fraud, in violation of 18 U.S.C. § 1347. Judge Johnston placed defendant on bond with certain conditions. Defendant was subsequently charged in an indictment and superseding indictment with numerous counts of health care fraud. Defendant's conditions of release did not change.

2. On May 20, 2016, defendant pleaded guilty to two-counts of health care fraud. Defendant was permitted to remain free on bond pending sentencing.

3. On March 2, 2017, the assigned pretrial services officer issued a violation report regarding defendant. The pretrial services officer's report references time sheet logs that are relevant to defendant's alleged violation. The pretrial services officer, however, has indicated to the undersigned that the officer cannot release the time sheet logs without a court order.

1

4. Therefore, in order for the government to properly investigate defendant's alleged violation, the government requests that this Court issue an order permitting the pretrial services officer to release the time sheet logs.

5. Defendant's counsel has no objection to the government's motion and requests that this Court's order permit the pretrial services officer to provide defendant's counsel's with the time sheet logs.

WHEREFORE, the United States respectfully requests that the court enter the proposed order. A draft order is submitted herewith.

    Respectfully submitted,

    ZACHARY T. FARDON
    United States Attorney


    By:/s/ *Scott R. Paccagnini*
    SCOTT R. PACCAGNINI
    Assistant United States Attorney
    327 South Church, Suite 3300
    Rockford, Illinois 61101
    (815) 987-4444

## CERTIFICATE OF FILING AND SERVICE

I, SCOTT R. PACCAGNINI, certify that on March 6, 2017, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**UNITED STATES' AGREED MOTION FOR ENTRY OF AN ORDER
PERMITTING THE PRETRIAL SERVICES OFFICER
TO RELEASE CERTAIN DOCUMENTS**

was served pursuant to the district court's ECF system as to ECF filers, if any.

**BY:** /s/ *Scott R. Paccagnini*
SCOTT R. PACCAGNINI
Assistant United States Attorney
327 South Church Street, Suite 3300
Rockford, Illinois 61101
(815) 987-4444