UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   14 CR 50005 |
| | ) | Judge Frederick J. Kapala |
| CHARLES DEHAAN | ) | |

**ORDER ALLOWING THE PRETRIAL SERVICES OFFICER
TO RELEASE CERTAIN DOCUMENTS**

Upon the agreed motion of the United States it is hereby ordered that the pretrial

services officer is permitted to provide to the government and defendant's counsel copies

of all time sheet logs referenced in the pretrial services officer's March 2, 2017 violation

report.


_____
FREDERICK J. KAPALA
United States District Judge


DATED: _____