IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States, | ) | |
| | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
|     v. | ) | Case No: 14 CR 50005 |
| | ) | |
| Charles Dehann, | ) | |
| | ) | |
|     *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

Agreed motion for entry of an order permitting the pretrial services officer to release certain documents [124] is granted. The pretrial services officer is permitted to provide to the government and defendant's counsel copies of all time sheet logs referenced in the pretrial services officer's March 2, 2017 violation report.

Date: 3/6/2017                              ENTER:

                                                                                                                                                                                     *[signature]*
                                                                                                                                                                           FREDERICK J. KAPALA

                                                                                                                                                                           District Judge