IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2014-CR-50005 |
| ) | |
| vs. ) | U.S. District Judge Frederick J. Kapala |
| ) | |
| CHARLES DEHAAN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 7th day of April, 2017, at 9:00 a.m., I shall appear before the Honorable Judge Frederick J. Kapala, in the courtroom usually occupied by him in the United States District Court, Rockford, Illinois, and then and there for Status on Defendant's Objections to, and Argument Concerning, Government Exhibit 81E.

Dated:   April 4, 2017

_____
DEBRA D. SCHAFER
Attorney for the Plaintiff

*Prepared by:*
DEBRA D. SCHAFER
dschafer@sreenan-cain.com
Sreenan & Cain, P.C.
321 West State Street, Suite 700
Rockford, Illinois 61101
(815) 962-5490

## CERTIFICATE OF FILING AND SERVICE

I, DEBRA D. SCHAFER, certify that on July 10, 2015, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P.5, LR5.5, and the General Order on Electronic Case Filing (ECF), Defendant's Notice of Motion was served pursuant to the District Court's ECF system as to ECF filers.

_____/S/_____
DEBRA D. SCHAFER